BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-MC-00119-JAM-KJM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATION AND ORDER EXTENDING |
| APPROXIMATELY $24,851.37 IN U.S. ) | TIME FOR FILING A COMPLAINT FOR |
| CURRENCY SEIZED FROM BANK OF ) | FORFEITURE AND/OR TO OBTAIN AN |
| STOCKTON BUSINESS CHECKING ) | INDICTMENT ALLEGING FORFEITURE |
| ACCOUNT NUMBER 2110194901, HELD ) | |
| IN THE NAME TIMOTHY G. KELLY ) | |
| PLUMBING SUPPLY AKA KELLY'S ) | |
| KITCHEN AND BATH SHOWROOM, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

It is hereby stipulated by and between the United States of America and potential claimants Kevin Barnett, Leah Barnett, and Kevin Barnett on behalf of Timothy G. Kelly Plumbing Supplies, Inc. ("claimants"), by and through their undersigned counsel, hereby agree and STIPULATE as follows:

1. On July 21, 2010, Magistrate Judge Kendall J. Newman authorized the seizure of funds in the above-captioned bank account (hereafter "the defendant funds") based upon a finding of probable cause that the defendant funds were subject to forfeiture

1 to the United States based upon violations of 31 U.S.C. §§
2 5324(a)(1) (causing and attempting to cause a domestic financial
3 institution to fail to file a currency transaction report (CTR))
4 and (a)(3) (structuring).  See <u>All funds maintained at Bank of</u>
5 <u>Stockton business checking account number 2110194901, held in the</u>
6 <u>name Timothy G. Kelly Plumbing Supply aka Kelly's Kitchen and Bath</u>
7 <u>Showroom</u>, 2:10-SW-00292-KJN.  On or about July 21, 2010, the
8 Internal Revenue Service, Criminal Investigation ("IRS") executed
9 the seizure warrant against the defendant funds.  IRS then
10 commenced administrative forfeiture proceedings, sending direct
11 written notice to all known potential claimants and publishing
12 notice to all others.  On or about September 7, 2010, the IRS
13 received a claim from Kevin Barnett and Leah Barnett asserting an
14 ownership interest in the defendant funds.  On or about September
15 8, 2010, the IRS received a claim from Kevin Barnett on behalf of
16 Timothy G. Kelly Plumbing Supplies, Inc. asserting an ownership
17 interest in the defendant funds.
18      2.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
19 required to file a complaint for forfeiture against the defendant
20 funds and/or to obtain an indictment alleging that the defendant
21 funds are subject to forfeiture within 90 days after a claim has
22 been filed in the administrative forfeiture proceedings, unless
23 the court extends the deadline for good cause shown or by
24 agreement of the parties.  That deadline is currently December 6,
25 2010.
26      3.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
27 by agreement to extend to and including December 13, 2010, the
28 time in which the United States is required to file a civil

                              Time for Filing a Complaint

complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

  4.  Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to and including December 13, 2010.

```
                              BENJAMIN B. WAGNER
                              United States Attorney


DATE: 12/3/2010              /s/ Jean M. Hobler
                              JEAN M. HOBLER
                              Special Assistant U.S. Attorney



DATE: Dec 3, 2010            /s/ Jeffrey B. Setness
                              JEFFREY B. SETNESS
                              Attorney for Potential Claimants
                              Kevin Barnett, Leah Barnett, and
                              Kevin Barnett on behalf of Timothy
                              G. Kelly's Plumbing, Inc.
                              As Authorized on 12/3/10
```

**IT IS SO ORDERED.**

DATE: 12/7/2010

           /s/ John A. Mendez
           UNITED STATES DISTRICT COURT JUDGE